IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION | ) ) ) ) | PLAINTIFF |
| v. | ) ) | CIVIL ACTION NO.: 1:09CV686-HSO-JMR |
| C.A.L. INVESTMENTS, LLC; CHARLES A. TOMASELLO; THOMAS P. EASTER; and WILLIAM C. RODWELL | ) ) ) ) | DEFENDANTS |

## CONSENT JUDGMENT

This action came on for hearing on the Motion of the Plaintiff, Wells Fargo Bank, N.A., successor-by-merger to Wachovia Bank, National Association, for summary judgment pursuant to Fed. R. Civ. P. 56, the Court finds the Plaintiff's Motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of the Plaintiff pursuant to Fed. R. Civ. P. 56, against the Defendants, jointly and severally, in the principal amount of $128,213.19, plus accrued interest of $6,124.78, plus late charges of $950.00, and attorneys' fees and costs of $29,112.18 as provided by the terms of the Loan Documents.

**SO ORDERED AND ADJUDGED**, this the 10th day of November, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

<u>s/Eric F. Hatten</u>
Eric F. Hatten, MS Bar #10428
Burr & Forman LLP
401 E. Capitol Street, Suite 100
Jackson, Mississippi 39201

Attorney for Plaintiff


Consented to by:

<u>s/Johnny L. Nelms</u>
Johnny L. Nelms
Copeland, Cook, Taylor & Bush
P.O. Box 10
Gulfport, Mississippi 39502

Attorney for Defendants